# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHEASTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER DENYING MOTION FOR FURLOUGH** |
| vs. | ) ) | |
| Patrick James Peltier, | ) ) | Case No. 2:14-cr-047 |
| Defendant. | ) | |

Before the court is a "Motion for Furlough" filed by defendant Patrick James Peltier on November 18, 2014. Defendant requests that he be temporarily released from custody to permit him to attend his aunt's funeral. The motion (Docket No. 99) is **DENIED** given the defendant's lengthy criminal history (which includes several convictions for violent conduct and evidence that defendant threatened an individual and his family while committing a theft) and the other reasons given for detaining the defendant. In addition, the court takes into consideration in denying the motion the fact that the deceased is not a member of defendant's immediate family.

Dated this 18th day of November, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court